MAGISTRATE JUDGE JAMES P. DONOHUE

05-CR-05291-ORD

FILED LODGED ENTERED RECEIVED
JUN — 2005
CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5291 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING DEFENSE MOTION TO CONTINUE TRIAL DATE |
| CAROL CLARK, ) | |
| Defendant. ) | |

Based on the defense motion to continue the trial date, and the affidavit of defense counsel in support of the motion, and the defendant's signed speedy trial waiver through August 31, 2005, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

///

///

ORDER GRANTING DEFENSE MOTION
TO CONTINUE TRIAL DATE
United States v. Carol Clark; CR05-5291

1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  NOW, THEREFORE,

2  IT IS HEREBY ORDERED that the trial date is continued from June 13, 2005 to

3  June 23, 2005. The resulting period of delay from June 13, 2005, to

4  June 23, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §

5  3161(h)(8)(A) and (B).

6  DONE this 9th day of June, 2005.

7

8  _____
    JUDGE JAMES P. DONOHUE
9   UNITED STATES MAGISTRATE JUDGE

10 Presented By:

11

12

13 /s/ Russell V. Leonard
   Russell V. Leonard
14 Attorney for Defendant

ORDER GRANTING DEFENSE MOTION
TO CONTINUE TRIAL DATE           2
United States v. Carol Clark; CR05-5291

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710