1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CR05-5291 JPD** |
| ) | |
| CAROL CLARK, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Stipulated Motion to Take a Videotaped Deposition (dkt #16) is hereby GRANTED. The videotaped deposition of Ladonna Thomas is scheduled for this date in the offices of the Federal Defender. Defense counsel shall make all arrangements and bear all costs for said deposition. The parties are allowed to reserve all objections to the admissibility of the testimony in whole or in part until such time as any objection may be heard by the Court.

Dated this 16th day of June , 2005

/s/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**