Magistrate Judge

FILED ___ LODGED
___ RECEIVED

SEP 27 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR05-5291 |
| v. | ) | |
| CAROL S. CLARK, | ) | ORDER FOR DISMISSAL |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against CAROL S. CLARK, defendant.

DATED this 27_ day of September, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

*(signature)*

GLEN E. TEMPLETON
Special Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 27th day of September, 2005.

*(signature)*

UNITED STATES MAGISTRATE JUDGE

Special Assistant United States Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711

05-CR-05291-ORD